UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_PANAMA CITY_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

MICHAEL MINTON,

Inmate # _925142_.
(Enter full name of Plaintiff)

SECOND AMENDED

vs.

CASE NO: _5:10cv61/RH/EMT_
(To be assigned by Clerk)

NURSE JENKINS,
NURSE THOMAS,
NURSE MOORE,
ARNP PARKER,
DR ARUNAKUL, ET AL

JURY TRIAL DEMANDED

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed 1130'10 USDc Fln 3AM1125
UL

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: MICHAEL MINTON

Inmate Number: 925142

Prison or Jail: APALACHEE COR. INST (WESTUNIT)

Mailing address: 52 W. UNIT DR.

SNEADS, FL.

32460

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: NURSE JENKINS

Official position: NURSE (FL. DOC)

Employed at: APALACHEE C. I.

Mailing address: 52 W. UNIT DR.

SNEADS, FL. 32460

(2) Defendant's name: NURSE THOMAS

Official position: NURSE (FL. DOC)

Employed at: RECEPTION MED. CTR.

Mailing address: P.O. BOX 628

LAKE BUTLER, FL 32054

(3) Defendant's name: NURSE MOORE

Official position: NURSE (FL. DOC)

Employed at: RECEPTION MED CTR.

Mailing address: P.O. BOX 628

LAKE BUTLER, FL. 32054

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

SEE ATTACHED FOR OTHER DEFS.

2

### III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes(  )            No( ✓ )

   1.   Parties to previous action:
      (a)   Plaintiff(s): _____

      (b)   Defendant(s): _____

   2.   Name of judge: _____   Case #: _____

   3.   County and judicial circuit: _____

   4.   Approximate filing date: _____

   5.   If not still pending, date of dismissal: _____

   6.   Reason for dismissal: _____

   7.   Facts and claims of case: _____

   _____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes(  )                  No( ✓ )

   1.   Parties to previous action:
      a.   Plaintiff(s): _____

      b.   Defendant(s): _____

   2.   District and judicial division: _____

   3.   Name of judge: _____   Case #: _____

   4.   Approximate filing date: _____

   5.   If not still pending, date of dismissal: _____

   6.   Reason for dismissal: _____

3

7.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.  Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )                    No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.  Parties to previous action:
    a.  Plaintiff(s): _MICHAEL MINTON_
    b.  Defendant(s): _DR. SPANN, ET, AL._
2.  District and judicial division: _NORTHERN DIST, FL._
3.  Name of judge: _SHERRILL, JR._   Case #: _5:05 CV 89-RS/WCS_
4.  Approximate filing date: _2005_
5.  If not still pending, date of dismissal: _2007_
6.  Reason for dismissal: _SETTLED_
7.  Facts and claims of case: _DELIBERATE INDIFFERENCE –_
    _BROKEN BONE TREATMENT DELAY (8TH AMEND. VIOL)_

    **(Attach additional pages as necessary to list cases.)**
    _SEE ATTACHED FOR MORE)_

D.  Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )                    No( ✓ )

1.  Parties to previous action:
    a.  Plaintiff(s): _____
    b.  Defendant(s): _____
2.  District and judicial division: _____
3.  Name of judge: _____  Case Docket # _____
4.  Approximate filing date: _____  Dismissal date: _____
5.  Reason for dismissal: _____

4

ATTACHMENT

OTHER DEFENDANTS:

Defendant's name: ARNP PARKER
Official position: ARNP (FL. DOC)
Employed at: APALACHEE COR. INST.
Mailing address: 52 W. UNIT DR.
SNEADS, FL. 32460

Defendant's name: DR. ARUNAKUL
Official position: CHO. (FL. D.O.C.)
Employed at: APALACHEE C.I.
Mailing address: 52 W. UNIT DR.
SNEADS, FL. 32460

PREVIOUS LAWSUITS:

Parties to previous action:
(a)    Plaintiff(s): MICHAEL MINTON
(b)    Defendant(s): COUNTY OF VOLUSIA, ET AL.
Name of judge: G. KELLY          Case #: 6:08 CV 1668 ACC/GJK
County and judicial circuit: MIDDLE DIST. FL, ORLANDO DIVISION
Approximate filing date: 12/2008
If not still pending, date of dismissal: 2009
Reason for dismissal: SUMMARY JUDGE FOR DEFS.
Facts and claims of case: CURRENTLY UNDER APPEAL
APPEAL # 10-13622-H COURT OF APPEALS, ATLANTA GA.

**(Attach additional pages as necessary to list state court cases.)**

6.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

ON 11/19/09 WHILE EXITING THE BI-DORM BATHROOM AT
APALACHEE COR. INST. WEST UNIT AFTER JUST TAKING A
SHOWER AT APPROX 8:30 PM, I WAS STRUCK FROM BEHIND
IN THE BACK OF THE HEAD WITH A HARD OBJECT (PRESUM-
ABLY A PADLOCK ON A BELT OR IN A SOCK) THE BLOW
KNOCKED ME DOWN AND UNCONSCIOUS AND SEVERAL
MORE BLOWS FOLLOWED TO MY HEAD AND FACE.
WHEN I AWOKE (I BELIEVE FROM OTHER INMATES
HELPING ME) I RECALL LOOKING IN THE MIRROR AND
SEEING MY HEAD AND FACE COVERED IN BLOOD AND
SEVERAL GAPING GASHES ON MY HEAD AND FACE BLEEDING
PROFUSELY. QUITE DIZZILY I STAGGERED TO THE
OFFICER'S STATION, AND UPON SEEING ME THE C.O.
TOOK ME INTO THE LAUNDRY ROOM AND ASKED ME
WHAT HAPPENED. I RELATED THE ABOVE TO HIM AND
HE CALLED THE SEARGENT. AFTER THE SGT & OTHER
C.O. S CAME I WAS HANDCUFFED BEHIND MY BACK
AND EXTENCIVELY QUESTIONED SOME MORE. MY
STORY WAS NOT BELIEVED AND I WAS RIDICULED,
HARRASSED AND BADGERED FOR SOME ALTERNATE
SET OF FACTS. I DID NOT WAVER FROM THE TRUTH
AS I COULD RECALL IT AFTER SUSTAINING SUCH A

DEVASTATING HEAD INJURY. I WAS KEPT IN THE LAUNDRY ROOM CUFFED BEHIND MY BACK STILL BLEEDING FROM MY HEAD WITH NO MEDICAL ATTENTION WHILE THE CAPTAIN CAME AND ALL THE OTHER INMATES WERE ORDERED TO THEIR BEDS AND THEIR HANDS WERE CHECKED FOR ABRASIONS. AFTER SOME TIME I WAS ESCORTED STAGGERING TO THE INFIRMARY AND QUESTIONED MORE. THE NURSE (JENKINS) DID NOT BEGIN TO TREAT ME UNTIL THE SGT WENT TO THE ADMINISTRATION BUILDING AND RETRIEVED A CAMERA AND RETURNED AND TOOK PICTURES OF MY INJURIES. ONLY THEN DID THE NURSE BEGIN TREATING MY INJURIES. THE FIRST THING SHE SAID WAS "YOU NEED STITCHES," BUT RATHER THAN SEND ME TO THE LOCAL HOSPITAL E.R. TO BE TREATED BY A DOCTOR, SHE SAID "BUT I'M GOING TO TRY USING STERI-STRIPS." SHE APPLIED STERI-STRIPS TO MY WOUNDS. I ASKED TO SEE A DOCTOR AND TO GET SOME PAIN MEDICATION, BUT SHE REFUSED BOTH REQUESTS. MY WHOLE HEAD HURT VERY BAD AND FELT AS THOUGH IT WAS IN A VICE. I HAD BLURRY VISION, RINGING IN MY EARS AND FELT NAUSEOUS AND DIZZY. I WAS PLACED IN THE INFIRMARY ISOL- ATION CELL FOR THE NIGHT WHERE I BLED ON THE PILLOW ALL NIGHT AND COULD NOT SLEEP. I MADE REPEATED REQUESTS TO NURSE JENKINS FOR PAIN MEDICATION AND COMPLAINED OF PAIN & DIZZINESS, BUT NOTHING WAS DONE. NO TYLENOL OR ANY PAIN RELIEF WAS AVAILABLE TO ME. IT WAS UNBEARABLE.

2.) THE FOLLOWING DAY DR. ARUNAKUL SAW ME BRIEFLY AND ORDERED I IMMEDIATELY BE TAKEN TO THE RECEPTION MEDICAL CENTER E.R. FOR X-RAYS AND TREATMENT AS HE BELIEVED I HAD BROKEN FACIAL BONES, BROKEN TEETH, A BROKEN NOSE, AND AN "ORBITAL FRACTURE."

3.) UNDOUBTEDLY I HAD A CONCUSSION (VERIFIED IN THE MEDICAL RECORDS) - I COULD NOT EVEN WALK STRAIGHT. THE ROOM SEEMED TO SPIN AND LEAN WHENEVER I STOOD UP. MY WHOLE HEAD WAS SWOLLEN THE SIZE OF A BASKETBALL AND ONE EYE WAS COMPLETELY SWOLLEN SHUT AND THE OTHER EYE ALMOST COMPLETELY SWOLLEN SHUT. THE PAIN WAS INTOLERABLE. I FELT SICK TO MY STOMACH AND I COULD NOT HEAR WELL OUT OF ONE EAR AND MY VISION WAS BLURRY. I WAS STILL REFUSED AND NOT ALLOWED ANY PAIN MEDICATION, NOT EVEN TYLENOL WHEN I REQUESTED AT LEAST THAT FROM DR. ARUNAKUL.

4.) LATER DURING THE DAY I WAS TRANSPORTED BY VAN TO THE RECEPTION MEDICAL CENTER (RMC) AT LAKE BUTLER. WE ARRIVED WELL AFTER DARK AND I WAS TAKEN TO THE RMC ER. WHERE I WAITED HOURS SITTING ON A WOODEN BENCH BEFORE BEING SEEN. I WAS SEEN BY NURSE S. MOORE WHO IS IDENTIFIED IN THE RECORD. THERE APPEARED TO BE A NURSE IN CHARGE OF THE E.R. AT THE TIME WHOSE NAME TAG READ "THOMAS". THE NURSE WHO EXAMINED ME CONFERRED WITH NURSE THOMAS WHO I HEARD SAY "HE DOES NOT NEED TO SEE THE DOCTOR, JUST SEND HIM TO THE DORM." AT THIS TIME I REQUESTED TO SEE THE DOCTOR AND TO RECEIVE SOME PAIN MEDICATION, BUT I WAS DENIED ONCE AGAIN (BY NURSE MOORE AND NURSE THOMAS) AND SENT STILL BLEEDING TO A GENERAL POPULATION DORM. IT WAS SHOCKING THAT THE PHYSICIAN WAS PRESENT IN THE E.R. LESS THAN 10 FT AWAY FOR THE PURPOSE OF SEEING INMATES IN THE E.R AT THE TIME.

WHEN I GOT TO THE DORM I WAS TOLD NO TYLENOL WAS AVAILABLE WHEN I REQUESTED IT.

5.) I SPENT THE NIGHT IN THE DORM BLOODYING YET ANOTHER PILLOW AND THE FOLLOWING DAY I WAS TOO DIZZY TO WALK, WAS STILL NAUSEOUS FEELING, IN EVEN WORSE PAIN, AND STILL EXPERIENCING BLURRED VISION AND HEARING-IMPAIRMENT. THE DORM C.O. SEEING HOW BAD I LOOKED AND TAKING INTO ACCOUNT I WAS TOO DIZZY TO WALK, GOT A WHEELCHAIR AND HAD ME TAKEN BACK TO THE E.R. FOR TREATMENT. THIS TIME AT THE E.R. I SAW A NURSE BY THE NAME OF "D. STAGGS" WHO DID A THOROUGH EXAMINATION AND REFERRED ME TO THE E.R. PHYSICIAN ("DR. PAIBOON ISRA.") BOTH NURSE STAGGS AND DR. ISRA WERE SHOCKED I HAD NOT SEEN THE DOCTOR THE PRIOR NIGHT WHEN I HAD ARRIVED AT RMC, AND SAID "I SHOULD HAVE BEEN SENT DIRECTLY TO JACKSONVILLE MEMORIAL HOSPITAL FOR EMERGENCY TREATMENT." DR. ISRA GAVE ME A NARCOTIC PAIN MEDICATION FOR PAIN MANAGEMENT, AND ORDERED D.O.C. TO TAKE ME TO JACKSON-VILLE MEMORIAL HOSPITAL IMMEDIATELY FOR EMERGENCY TREATMENT. APPROXIMATELY SIX HOURS LATER I WAS TAKEN. DR. ISRA PROVIDED THE FIRST PAIN MANAGEMENT MEDICATION I RECEIVED OVER 24 HOURS AFTER THE INJURIES.

6.) I SPENT THE FOLLOWING TWO DAY'S AT JACKSONVILLE MEMORIAL HOSPITAL UNDER THE CARE OF DR. KASRA NAB-IZADEH AND DR. SKIGEN WHERE TWO CAT SCANS WERE PERFORMED AND IT WAS DETERMINED THAT I HAD NO

BROKEN FACIAL OR SKULL BONES AND WAS NOT IN NEED OF SURGERY. I WAS HOWEVER PRESCRIBED PERCOSET (A NARCOTIC PAIN MEDICATION) FOR PAIN MANAGEMENT. I HAD A SERIOUS CONCUSSION WITH ACCUTE PAIN.

7.) UPON MY RETURN TO RMC I WAS SEEN IN THE E.R. AGAIN. THIS TIME BY NURSE FOUTT AND DR. PAGE SMITH. DR. SMITH NOTED "POST CONCUSSION SYMPTOMS" REFERRED ME TO DENTAL FOR THE LOOSE TEETH I SUSTAINED IN THE INJURY, PRESCRIBED TYLENOL-3 WITH CODIENE FOR ONE WEEK FOR PAIN MANAGEMENT, AND GAVE ME A WALKER WITH WHEELS FOR 2-WEEKS DUE TO MY DIZZINESS I WAS ALSO ORDERED TO HAVE A FOLLOW UP WITH A PHYSICIAN, BUT NEVER RECEIVED THE PHYSICIAN FOLLOW-UP THAT WAS ORDERED.

8.) ON 12/1/09 I SAW THE DENTIST AND THE ORAL SURGEON REGARDING MY LOOSE TEETH. XRAYS WERE TAKEN AND AN EXAMINATION WAS DONE AND IT WAS DETERMINED THE TEETH WOULD TIGHTEN BACK UP ON THEIR OWN AND NO FURTHER TREATMENT WAS PROVIDED.

9.) ON 12/2/09 I WENT TO SICK-CALL AT RMC DUE TO CONTINUED DIZZINESS, HEADACHES, AND BLURRED VISION/HEARING LOSS AND SAW NURSE CRAWFORD. NURE CRAWFORD GAVE ME IBUPROFEN FOR PAIN AND REFERRED ME TO THE PHYSICIAN (WHO I DID NOT SEE AT THIS TIME OR ANY TIME THEREAFTER). SHE ALSO NOTED IN THE RECORD

THAT I SHOULD HAVE A CARDIO CONSULT, AN EYE CONSULT AND A NEURO CONSULT (WHICH I ALSO NEVER RECEIVED).

11) ON 12/10/09 I WAS SEEN AT ACI WEST BY ARNP PARKER. HE EXAMINED ME FOR EAR ACHES AND HEARING IMPAIRMENT. HE GAVE ME A 20 DAY NO-WORK PASS, PRESCRIBED MOTRIN AND SCHEDULED ME FOR AN OPTOMETRY CONSULT, BUT NO CONSULT FOR MY HEARING IMPAIRMENT, THE PHYSICIAN FOLLOW-UP ORDERED, OR THE CARDIO AND NEURO CONSULTS NURSE CRAWFORD NOTED A NEED FOR.

12.) ON 12/15/09 I SAW THE OPTOMETRIST AND A VISION DEFECT WAS DIAGNOSED AND GLASSES ORDERED (SINCE THE INJURY I NOW NEED READING GLASSES).

13.) ON 12/17/09 I WROTE ARNP PARKER A REQUEST STATING THE ANTIBIOTICS AND STEROID PILLS HE PRESCRIBED FOR MY EAR PROBLEM WAS NOT WORKING. THE ANSWER WAS "THE SICK CALL SYSTEM IS AVAILABLE". HOWEVER, I WAS ALREADY UNDER TREATMENT FOR THIS PROBLEM AND SICK-CALL IS FOR INITIATING TREATMENT FOR PROBLEMS NOT ALREADY BEING TREATED.

14.) ON 12/21/09 I SAW ARNP PARKER AGAIN FOR THE EAR PROBLEM AND HE STILL DID NOT PROVIDE EFFECTIVE TREATMENT, BUT GAVE ME NASAL SPRAY FOR MY EAR PROBLEM. HE AGAIN REFUSED M.D. TREATMENT AND/OR A CONSULTATION.

15.) ON 1/20/10 I WROTE ARNP PARKER AGAIN REGARDING MY EAR PROBLEM AND WAS TOLD TO "WATCH FOR A CALL-OUT." HOWEVER, NO PHYSICIAN TREATMENT WAS ORDERED, AND MY EAR PROBLEM STILL CONTINUES TO THIS DAY. I HAVE INCURRED A HEARING IMPAIRMENT AS A RESULT OF THE ASSAULT I SUSTAINED, AND A DARK BROWN SUBSTANCE COMES OUT OF MY EAR WITH A Q-TIP. ARNP PARKER HAS REFUSED THE PHYSICIAN FOLLOW-UP ORDERED BY DR. PAGE SMITH.

16.) THE GRIEVANCE REGARDING THE MEDICAL CARE ISSUES COMPLAINED OF WAS FILED ON 12/23/09. IT WAS DENIED AND RESPONDED TO ON 1/8/10. I IMMEDIATELY APPEALED TO THE SECRETARY OF D.O.C. AND IT WAS RECEIVED ON 1/15/10. AS OF 3/8/10 I STILL HAD NOT RECEIVED A RESPONSE (WHICH IS APPARANTLY 30 DAYS PAST THEIR DEADLINE TO RESPOND). DUE TO THIS FACT, THE COURT SHOULD RECOGNIZE EXHAUSTION OF ADMINIST-RATIVE REMEDIES. IN ADDITION I FILED A NOTICE OF INTENT TO FILE SUIT/WAIVER OF SOVEREIGN IMMUNITY ON 12/7/09 SENDING COPIES TO FL D.O.C. IN TALLAHASSEE, AND A CERTIFIED RETURN RECEIPT REQUESTED COPY TO DEPT. OF INSURANCE, DIV. OF RISK MANAGEMENT. I HAVE RECEIVED NO REPLY TO THESE AS WELL.

17.) I HAVE WRITTEN REQUESTS TO "SECURITY" AT A.C.I.
ASKING TO RECEIVE COPIES OF THE PHOTOGRAPHS OF
MY INJURIES, BUT RECEIVED NO REPLY. I ALSO SENT
AN INFORMAL GRIEVANCE REGARDING SAME TO ASST.
WARDEN ATKINS, BUT RECEIVED NO REPLY. I FILED
A FORMAL GRIEVANCE AND APPEAL REGARDING SAME
AND WAS DENIED AT ALL LEVELS. I WILL REQUEST
THESE PHOTOS DURING DISCOVERY TO SHOW THE
MAGNITUDE OF THE INJURIES, AND THAT EVEN A
LAYMAN WOULD RECOGNIZE THESE LACERATIONS/INJURIES
REQUIRED A DOCTOR'S IMMEDIATE CARE, AS WELL
AS INDICATING SERIOUS PAIN WAS EXPERIENCED.
18.) ON 12/30/09 I REQUESTED COPIES OF THE MEDICAL
RECORDS TO SUPPORT THIS CLAIM AND PAID $23.40
FOR THE COPIES (ATTACHED TO ORIGINAL COMPLAINT).
19.) FROM THE ASSAULT I SUFFERRED EXCRUCIATING
PAIN FROM MULTIPLE BLUNT-OBJECT BLOWS TO THE
HEAD AND FACE THAT LACERATED THE SKIN & TISSUE
CAUSING PROFUSE BLEEDING AND A CONCUSSION WITH
LOSS OF CONSCIOUSNESS, AND SHOULD HAVE BEEN
IMMEDIATELY TREATED BY A PHYSICIAN. HOWEVER,
NURSE JENKINS TOOK THE EASIER AND LESS

EFFACIOUS COURSE OF TREATMENT IN DELIBERATE INDIFFERENCE TO MY NEEDS AND TO WHAT CONTEMPORARY STANDARDS OF DECENCY WOULD HAVE DICTATED. RATHER THAN HAVE ME SENT TO THE OUTSIDE HOSPITAL (WHICH WOULD HAVE ENTAILED HER MORE PAPERWORK AND PROCEDURES TO FOLLOW) AND RATHER THAN CALLING THE FACILITY DOCTOR (WHICH IS STANDARD PROCEDURE FOR EMERGENCY TREATMENT OF HEAD TRAUMA/INJURIES OF SUCH MAGNITUDE), SHE DENIED SUCH PROPER TREATMENT WHILE ACTING AS THE "GATE-KEEPER" TO SAME, WHICH VIOLATED PROFESSIONAL STANDARDS OF CARE AND MY CONSTITUTIONAL RIGHTS. AS A RESULT I HAD TO ENDURE APPROXIMATELY 12 HOURS OF UNIMAGINAL PAIN BECAUSE SHE COULD NOT PRESCRIBE PAIN MEDICATION WITHOUT THE PHYSICIAN'S AUTHORIZATION (WHICH SHE FAILED TO OBTAIN OR EVEN NOTIFY OF THE INCIDENT.) IT WAS APPROXIMATELY 12-HOURS LATER I FINALLY SAW THE DOCTOR, AND THE ONLY THING HE DID WAS TAKE ONE LOOK AT ME, AND THEN OUT OF SHOCK AT HOW BAD I LOOKED, ORDER THAT I BE

TAKEN IMMEDIATELY TO THE R.M.C. E.R. FOR EMERGENCY TREATMENT. HE ALSO REFUSED MY PLEAS FOR PAIN MEDICATION. YET AT THE R.M.C. E.R. I RECEIVED NO TREATMENT EITHER. NURSES MOORE & THOMAS, ACTING AS "GATE-KEEPERS" TO THE E.R. DOCTOR WERE DELIBERATELY INDIFFERENT TO MY INJURIES AND PAIN AND REFUSED ACCESS TO THE PHYSICIAN WHERE I WOULD HAVE RECEIVED PROPER TREATMENT AND PAIN MANAGEMENT MEDICATION. I WAS AGAIN DENIED PAIN MEDICATION WHERE IT WAS READILY AVAILABLE. IT WAS NOT UNTIL THE FOLLOWING DAY WHEN A C.O. SENT ME BACK TO THE E.R. WHEN I RECEIVED PHYSICIAN TREATMENT AND PAIN MEDICATION. THIS DELAY IN TREATMENT IS A VIOLATION OF MY CONSTITUTIONAL RIGHTS AND THE DENIAL OF PAIN MEDICATION FOR APPROXIMATELY 48 HOURS WAS AN UNNECESSARY AND WANTON INFLICTION OF PAIN. THESE WERE SERIOUS HEAD INJURIES WARRANTING PROPER AND IMMEDIATE PHYSICIAN CARE AND PAIN MANAGEMENT MEDS.

20.) THE DELAYS IN TREATING MY CONCUSSION BY A PHYSICIAN CAUSED SEVERE SWELLING TO MY CRANIAL REGION.

NO ICE WAS USED TO REDUCE AND/OR LIMIT SWELLING.
HAD I BEEN TREATED IMMEDIATELY BY A PHYSICIAN AND
ICE APPLIED THE POTENTIAL FOR DAMAGE TO MY EYE-
SIGHT AND HEARING WOULD HAVE BEEN SIGNIFICANTLY
REDUCED. THE COMPOUNDED DELAY IN PHYSICIAN
TREATMENT FOR 48-HOURS OF SUCH A SERIOUS HEAD
INJURY WHERE I HAD AN OBVIOUS CONCUSSION, MULTIPLE
FACIAL & SCALP LACERATIONS AND SEVERE SWELLING
TO THE BRAIN WAS UNCONSTITUTIONAL. DR. ARUNAKUL
DID NOT "TREAT" ME, HE MERELY EXAMINED ME AND
ORDERED I BE TAKEN TO THE E.R. FOR TREATMENT.
WHEN TAKEN TO THE E.R. AT RMC I WAS DENIED
TREATMENT AND RATHER, JUST SENT TO A DORM.
IT WAS NOT UNTIL THE FOLLOWING DAY WHEN
MY CONDITION SHOCKED EVEN A C.O. THAT I WAS
TAKEN BY WHEELCHAIR TO THE E.R. THAT I WAS
FINALLY TREATED BY AN M.D. AND SUBSEQUENTLY
ADMITTED TO THE HOSPITAL (TWO DAY'S AFTER THE
SERIOUS HEAD TRAUMA). THE DELAYS IN TREAT-
MENT BY A PHYSICIAN CAUSED ME TO NEEDLESSLY
SUFFER EXCRUCIATING PAIN WHERE ALL PAIN MEDS
(INCLUDING TYLENOL) WAS REFUSED UNTIL I SAW
DR. ISRA 48 HOURS AFTER THE INJURY UPON MY
SECOND VISIT TO THE R.M.C. E.R. HE WAS THE

FIRST DOCTOR WHO ACTUALLY "TREATED" ME AND HAD ME ADMITTED TO THE OUTSIDE HOSPITAL. THE DELAYS IN PHYSICIAN TREATMENT EXACERBATED MY CONDITION WHERE SWELLING WAS NOT REDUCED AND AS A RESULT PERMANENT VISION AND HEARING IMPAIRMENTS RESULTED.

21.) ON 12/2/09 WHEN I WENT TO SICK-CALL I WAS REFERRED BACK TO THE DOCTOR BY NURSE CRAWFORD (WHO ALSO SUGGESTED A NEURO CONSULT). I DID NOT RECEIVE THIS PHYSICIAN FOLLOW-UP OR THE NEURO CONSULT.

22.) THE REFUSAL OF ARNP PARKER TO REFER ME TO THE PHYSICIAN FOR MY EAR PROBLEMS WHERE MULTIPLE EAR INFECTIONS AND/OR NERVE DAMAGE EXISTS HAS CAUSED ME TO BE (FOR THESE AILMENTS) UNTREATED BY A PHYSICIAN, AND NOW I SUFFER CONTINUED IMPAIRMENT TO MY HEARING. EVEN AFTER FILING REPEATED GRIEVANCES & APPEALS ABOUT THIS ISSUE STILL NO PHYSICIAN TREATMENT HAS FOLLOWED. PROPER AND WARRANTED PHYSICIAN TREATMENT COULD HAVE STOPPED THE PERMANENT HEARING-IMPAIRMENT FROM OCCURRING.

23.) THE ONLY TIME I RECEIVED REASONABLY ADEQUATE MEDICAL TREATMENT WAS WHILE I WAS AT JAX MEM. HOSP.

24.) ONCE NURSE JENKINS BEGAN TREATING ME, AFTER WAITING FOR SECURITY STAFF TO RETRIEVE & TAKE PHOTOS OF MY WOUNDS, SHE MERELY APPLIED STERI-STRIPS AND FAILED TO CONTACT THE PHYSICIAN AND/OR ENSURE I RECEIVED ADEQUATE TREATMENT (INCLUDING PAIN MANAGE- MENT THAT WAS OBVIOUSLY NEEDED). THIS WAS A SERIOUS LOSS OF CONSCIOUSNESS/CONCUSSION INJURY TO THE HEAD & FACE WHERE MULTIPLE LACERATIONS WERE BLEEDING PROFUSELY. I WAS IN GREAT PAIN, IN SHOCK, AND THE DELAY IN A DOCTOR'S TREATMENT RESULTED IN AN UNNECESSARY AND WANTON INFLICTION OF PAIN THAT WOULD BE SHOCKING TO CONTEMPORARY STANDARDS OF DECENCY AND WHICH SERVED NO PENOLOGICAL PURPOSE, BUT RATHER JUST PROLONGED MY SUFFERING AND PAIN AND RESULTED IN PERMANENT VISION AND HEARING IMPAIRMENT.

25.) DR. ARUNAKUL ALSO FAILED TO PROVIDE TREAT-MENT AND/OR EVEN TYLENOL FOR PAIN, BUT MERELY PROVIDED A BRIEF & CURSORY EXAMINATION AND HAD ME SENT TO THE R.M.C. E.R. AS THE FACILITY C.H.O. HE WAS RESPONSIBLE FOR MY CARE AND SHOULD HAVE BEEN NOTIFIED IMMEDIATELY (NOTIFIED OF MY SERIOUS INJURIES) AND PROVIDED PROMPT TREATMENT. SUCH DELAY WAS UNCONSTITUTIONAL AND RESULTED IN A 48 HOUR UNNECESSARY AND WANTON INFLICTION OF PAIN. HAD HE PROMPTLY TREATED ME AND SENT ME TO R.M.C. E.R. 12 HOURS SOONER, AND HAD NURSE MOORE AND NURSE THOMAS NOT DENIED ME PHYSICIAN CARE IN THE E.R. AT RMC, I WOULD NOT HAVE HAD TO SUFFER 48 HOURS OF UNABATED PAIN AND PERHAPS NO PERMANENT VISION AND HEARING IMPAIRMENTS.

## STATEMENT OF CLAIMS

1.) NURSE JENKINS, IN HER OFFICIAL & UNOFFICIAL CAPACITY, WHILE ACTING UNDER THE COLOR OF STATE LAW, VIOLATED MY 8TH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS WHEN SHE FAILED TO PROVIDE PHYSICIAN TREATMENT FOR MY SERIOUS HEAD TRAUMA INJURY AND ANY MEANS OF PAIN MEDICATION. SHE FAILED TO SEND ME TO THE LOCAL E.R., CONTACT THE PRISONS PHYSICIAN OR OTHERWISE ENSURE I RECEIVED TIMELY PHYSICIAN TREATMENT WHERE SHE KNEW (WITH HER TRAINING) THAT SERIOUS HEAD INJURIES WITH LOSS OF CONSCIOUSNESS/CONCUSSION AND MUTIPLE LACERATIONS COULD BE LIFE THREAT-ENING AND/OR CAUSE PERMANENT DISABILITY IF NOT ADEQUATELY TREATED. BY FAILING TO PROVIDE, OR ENABLE A MEANS BY WHICH PAIN MANAGEMENT COULD BE OBTAINED BY ME WHEN I BEGGED AND PLEADED FOR IT AND WAS OBVIOUSLY IN NEED FOR IT, SHE CAUSED ME TO NEEDLESSLY SUFFER AN UNNECESSARY AND WANTON INFLIC-TION OF PAIN SHE WAS WELL AWARE I SUFFERED.

HAD SHE ENSURED PROMPT PHYSICIAN TREAT-
MENT THAT TOOK STEPS TO REDUCE CRANIAL
SWELLING IT IS CONCIEVABLE / WOULD NOT NOW
SUFFER PERMANENT VISION & HEARING IMPAIRMENTS
AS A RESULT OF THE INJURIES. SHE WAS AWARE
OF THE DANGERS OF HEAD TRAMMA INJURIES,
BUT ACTED IN DISREGARD TO THE RISK WHEN SHE
FAILED TO PROVIDE/ENSURE TIMELY PHYSICIAN TREATMENT.

2.) NURSE THOMAS, IN HER OFFICIAL AND UNOFFICIAL
CAPACITY WHILE ACTING UNDER THE COLOR OF STATE
LAW VIOLATED MY 8TH AMENDMENT RIGHT TO BE
FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY
BEING DELIBERATELY INDIFFERENT TO MY SERIOUS
MEDICAL NEED WHEN SHE INSTRUCTED NURSE
MOORE THAT I DID NOT NEED TO SEE THE
PHYSICIAN WHERE DR. ARUNAKUL HAD ORDERED
I BE SENT THERE FOR EMERGENCY TREATMENT.
SHE DISREGARDED DR. ARUNAKUL'S ORDER AND
INSTRUCTED NURSE MOORE TO SEND ME TO A
GENERAL POPULATION DORM WITHOUT PHYSICIAN
TREATMENT, AND REFUSED ME PAIN MEDICATION

MY NEED FOR A PHYSICIAN'S TREATMENT WAS OBVIOUS EVEN TO A LAYMAN, SHE KNEW I WAS IN GREAT PAIN, KNEW THE DANGERS OF UNTREATED CONCUSSIONS FROM MULTIPLE HEAD TRAUMA BLOWS, BUT DISREGARDED THIS IN DELIBERATE INDIFFERENCE WHICH RESULTED IN AN UNNECESSARY AND WANTON INFLICTION OF PAIN AND PERMANENT VISION AND HEARING IMPAIRMENT THAT COULD HAVE BEEN ABATED IF PHYSICIAN TREATMENT HAD BEEN TIMELY AND NOT REFUSED.

3.) NURSE MOORE, IN HIS/HER OFFICIAL AND UNOFFICIAL CAPACITY WHILE ACTING UNDER THE COLOR OF STATE LAW VIOLATED MY 8TH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEED BY REFUSING TO LET ME SEE THE E.R. DOCTOR WHEN IT WAS ORDERED BY DR. ARUNAKUL, BY REFUSING ME PAIN MEDICATION WHEN IT WAS PATENTLY OBVIOUS I WAS IN GREAT PAIN & WAS BEGGING FOR PAIN RELIEF. IT WAS OBVIOUS TO EVEN A

LAY'MAN / NEEDED A DOCTORS ATTENTION AND PAIN MANAGEMENT MEDICATION, BUT IN DELIBERATE INDIFFERENCE THIS DEFENDANT DENIED BOTH WHILE FULLY AWARE OF SERIOUS HEAD TRAUMA COMPLICATIONS THAT COULD ARISE. AS A RESULT OF THIS DELIBERATE INDIFFERENCE I WAS MADE TO SUFFER AN UNNECCESSARY AND WANTON INFLICTION OF PAIN AND VISION AND HEARING IMPAIRMENTS ENSUED.

4.) ARNP PARKER, ACTING IN HIS OFFICIAL AND UNOFFICIAL CAPACITY WHILE ACTING UNDER THE COLOR OF STATE LAW VIOLATED MY 8TH AMEND- MENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEED WHERE HE FAILED TO PROVIDE THE PHYSICIAN FOLLOW-UP ORDERED BY DR. PAGE SMITH (FAILED TO ORDER THE FACILITY C.H.O. TO REVIEW MY CASE EVEN). HE WAS AWARE OF THE HEAD TRAUMA COMPLICATIONS (INCLUDING MY VISION AND HEARING IMPAIRMENTS) AND FAILED TO ORDER A PHYSICIAN TO TREAT MY HEARING PROBLEM.

5.) DR ARUNAKUL, ACTING UNDER THE COLOR OF STATE LAW, BOTH IN HIS OFFICIAL AND UN-OFFICIAL CAPACITY VIOLATED MY 8TH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY BEING DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEED WHERE HE FAILED TO PROMPTLY TREAT MY SERIOUS LOSS OF CONSCIOUSNESS/CONCUSSION HEAD INJURY (FULLY AWARE OF THE POTENTIAL COMPLICATIONS OF SUCH AN INJURY) BUT RATHER WAITED 12 HOURS TO EXAMINE ME, AND THEN WHEN HE DID BY BEING DELIBERATELY INDIFFERENT TO MY PAIN BY REFUSING PAIN MANAGEMENT MEDICATION. SUCH DENIAL RESULTED IN AN UNNECCESSARY AND WANTON INFLICTION OF PAIN. HE ALSO FAILED TO ENSURE I RECEIVED THE PHYSICIAN FOLLOW-UP ORDERED BY DR. PAGE SMITH. AS A RESULT I NOW SUFFER A HEARING IMPAIRMENT THAT IS STILL UNPHYSICIAN TREATED.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

*SEE ATTACHED*

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

*COMPENSATORY DAMAGES: $100,000 PER DEFENDANT, PUNITIVE DAMAGES: $100,000 PER DEFENDANT, DECLATORY JUDGMENT.*

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

11/24/10
(Date)

(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 24TH day of NOVEMBER , 20 10 .

(Signature of Plaintiff)

Revised 03/07

7