# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

MICHAEL MINTON,

    Plaintiff,

v.                                     CASE NO. 5:10cv61-RH/EMT

NURSE JENKINS et al.,

    Defendants.

_____/

## ORDER DENYING PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 45, and the objections, ECF No. 47. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for preliminary injunction, ECF No. 39, is DENIED without prejudice.

SO ORDERED on February 24, 2011.

                                                   s/Robert L. Hinkle
                                                 United States District Judge m