IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL MINTON,

    Plaintiff,

v.          CASE NO. 5:10cv61-RH/EMT

NURSE JENKINS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 98. No objections have been filed.

The plaintiff is a prisoner who is proceeding pro se. He initiated this case by filing the civil-rights complaint form used in this district for prisoner pro-se § 1983 actions. The report and recommendation correctly concludes that, as a matter of discretion, the complaint should be dismissed because the plaintiff failed to provide truthful information about his prior lawsuits, as required by the civil-rights complaint form. If word got around the prisons that a plaintiff could give false information on the form with impunity, the practice would become widespread, and the requirement for disclosure of prior lawsuits would become

virtually meaningless. The report and recommendation cites some of the cases recognizing that dismissal without prejudice is not too harsh a sanction under these circumstances.

The defendants sought this result by a motion to dismiss. The magistrate judge nonetheless afforded the plaintiff all the procedural safeguards available on a motion for summary judgment. Whether characterized as a motion to dismiss or for summary judgment, the result would be the same: dismissal without prejudice. The plaintiff has had ample opportunity to contest the assertion that he filed the many cases identified in the report and recommendation—including by filing objections to the report and recommendation—but the plaintiff has not done so. In short, it is uncontested that he filed the cases, and it is uncontested that he did not disclose them on the complaint form.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter a judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on July 11, 2011.

                                        s/Robert L. Hinkle
                                        United States District Judge